# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00608-CV

**Bradley Smith, Appellant**

**v.**

**Lorena Smith, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-007149, THE HONORABLE J. ANDREW HATHCOCK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 17, 2022. On October 28, 2022, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 7, 2022, would result in the dismissal of his appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed: November 17, 2022